**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TRUSTEE KELLY L. WEST, | : | Case No. 3:20-cv-382 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | (by full consent of the parties) |
| | : | |
| DEAN HEIMERMANN, *et al.*, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This civil case is set for a second pretrial scheduling conference before Magistrate Judge Peter B. Silvain, Jr., on **May 28, 2021** at **2:00 pm**.  The trial attorney for each party is required to appear and participate in the second pretrial scheduling conference with the Court.  To participate, the attorneys for the parties shall call: 1-888-363-4735, enter access code 6287286, security code 123456, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

May 20, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge