# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TRUSTEE KELLY L. WEST, | Case No. 3:20-cv-382 |
| Plaintiff, | |
| vs. | Magistrate Judge Peter B. Silvain, Jr. |
| | (by full consent of the parties) |
| DEAN HEIMERMANN, *et al.*, | |
| Defendant. | |

## ORDER

Plaintiff Kelly L. West's Motion to Continue Second Pretrial Conference (Doc. #18) is GRANTED.

Accordingly, this civil case is set for a second pretrial scheduling conference before Magistrate Judge Peter B. Silvain, Jr., on **June 7, 2021** at **11:00 am**. The trial attorney for each party is required to appear and participate in the second pretrial scheduling conference with the Court. To participate, the attorneys for the parties shall call: 1-888-363-4735, enter access code 6287286, security code 123456, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

May 24, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge